IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DONALD F. SCOTT,

        Petitioner,

        v.

NORMAN ROBINSON, Warden,
London Correctional Institution,

        Respondent.

Case No. 3:18-cv-334

JUDGE WALTER H. RICE

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #16);
OVERRULING RESPONDENT'S MOTION TO DISMISS PETITION
(DOC. #11)

---

Based on the reasoning set forth by United States Magistrate Judge Michael R. Merz in his Report and Recommendations, Doc. #16, as well as upon a thorough review of the Court's file and the applicable law, the Court ADOPTS said judicial filing. Although the parties were notified of their right to file Objections to the Report and Recommendations, and of the consequences of failing to do so, no Objections have been filed within the time allotted.

The Court OVERRULES Respondent's Motion to Dismiss the Petition for Writ of Habeas Corpus for want of prosecution, Doc. #11.

Date: February 6, 2019

WALTER H. RICE
UNITED STATES DISTRICT JUDGE